**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __7__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gonzales Electrical Systems, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**

_7_ _6_ – _0_ _6_ _2_ _6_ _9_ _3_ _8_

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4950 Washington Blvd**<br>Number    Street | _____<br>Number    Street |
| | _____<br>P.O. Box |
| **Beaumont**          **TX**    **77707**<br>City          State   ZIP Code | _____<br>City          State   ZIP Code |
| **Jefferson**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number    Street |
| | _____<br>City          State   ZIP Code |

5. **Debtor's website (URL)**   **www.gonzaleselectric.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **Gonzales Electrical Systems, LLC**                                    Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Gonzales Electrical Systems, LLC**                    Case number (if known) _____

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes. District _____  When _____  Case number _____<br>                                        MM / DD / YYYY<br><br>        District _____  When _____  Case number _____<br>                                        MM / DD / YYYY<br><br>        District _____  When _____  Case number _____<br>                                        MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes.  Debtor _____  Relationship _____<br><br>        District _____  When _____<br>                                        MM / DD / YYYY<br>        Case number, if known _____<br><br><br>        Debtor _____  Relationship _____<br><br>        District _____  When _____<br>                                        MM / DD / YYYY<br>        Case number, if known _____ |
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor **Gonzales Electrical Systems, LLC**                                Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **Gonzales Electrical Systems, LLC**_____  Case number (if known) _____

| | |
|---|---|

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/03/2023**_____
　　　　　　　MM / DD / YYYY

X **/s/ Don Gonzales, Jr.**_____
Signature of authorized representative of debtor

**Don Gonzales, Jr.**_____
Printed name

**Owner**_____
Title

**18.  Signature of attorney**

X **/s/ Frank J. Maida**_____  Date **08/03/2023**_____
Signature of attorney for debtor　　　　　　　　　　　　　　　　MM / DD / YYYY

**Frank J. Maida**_____
Printed name

**Maida Clark Law Firm, P.C.**_____
Firm name

**4320 Calder Ave**_____
Number　　　　Street

_____

**Beaumont**_____  **TX**_____  **77706**_____
City　　　　　　　　　　　　　　　　　　State　　　ZIP Code

**(409) 898-8200**_____  **docs@maidaclarklaw.com**_____
Contact phone　　　　　　　　　　　　　Email address

**12845600**_____  _____
Bar number　　　　　　　　　　　　　　State

**Fill in this information to identify the case**

Debtor name        **Gonzales Electrical Systems, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also
include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.
In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any
pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the
additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset
only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the
terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                          Current value of
                                                                                               debtor's interest

2.  **Cash on hand**                                                                           _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
                                                                                    account number

3.1. **Capital One Checking account**                     **Checking account**     __ __ __ __        **$3,000.00**

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**                                                                         | **$3,000.00** |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor    **Gonzales Electrical Systems, LLC**
    Name

Case number (if known) _____

**7. Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9. Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.

Current value of debtor's interest: **$0.00**

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes.  Fill in the information below.

**11. Accounts receivable**

| | | | Current value of debtor's interest |
|---|---|---|---|
| 11a.  90 days old or less: | **$270,631.06** face amount | − **$0.00** doubtful or uncollectible accounts | = ............. → **$270,631.06** |
| 11b.  Over 90 days old: | **$0.00** face amount | − **$0.00** doubtful or uncollectible accounts | = ............. → **$0.00** |

**12. Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$270,631.06**

## Part 4:  Investments

**13. Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
|     Name of fund or stock: | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
|     Name of entity:      % of ownership: | | |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
|     Describe: | | |

**17. Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

**$0.00**

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Fill in the information below.

Debtor   **Gonzales Electrical Systems, LLC**                                   Case number (if known) _____
     Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **Scrap Parts; Breakers; Plugs; Wire; Glands; Insulators; Terminal Blocks; Heat Shrink** | | | | **$15,000.00** |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                   **$15,000.00**

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method_____   Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | | |
| **29.  Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                   **$0.00**

**34.  Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method_____   Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor    **Gonzales Electrical Systems, LLC**　　　　　　　　　　　Case number (if known) _____
　　　　　　　Name

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7:　Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Conference Table & Chairs; 8 Desk; 8 Chairs; 3 Reception Chairs; Table; Misc. Wall Decorations** | | | **$2,000.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Toshiba Copier; 12 File Cabinets; 5 Computers; 5 Shelving Units; Printer** | | | **$2,500.00** |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $4,500.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:　Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2011 Chevrolet Silverado Truck Mileage: 243,400** | | | **$3,500.00** |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor   **Gonzales Electrical Systems, LLC**                    Case number (if known) _____
          Name

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **1960 Hyster Forklift** | | | $1,000.00 |
| **7 Gang Boxes $500; Buss Bending Equipment $500; Air Compressor $200; 2 Hilti Guns; Crimping Tools; Misc. Tools $150; Ladders $300** | | | $3,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                    $7,500.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                    $0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

Debtor   __Gonzales Electrical Systems, LLC_____   Case number (if known) _____
Name

**61.  Internet domain names and websites**

**62.  Licenses, franchises, and royalties**

**63.  Customer lists, mailing lists, or other compilations**

**64.  Other intangibles, or intellectual property**

**65.  Goodwill**

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 11:  All other assets**

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

| | |
|---|---|
| | **$0.00** |

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **Gonzales Electrical Systems, LLC**
      Name
Case number (if known) _____

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $270,631.06 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | $300,631.06 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................  **$300,631.06**

**Fill in this information to identify the case:**

Debtor name    **Gonzales Electrical Systems, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

| **2.1** | **Creditor's name** **Capital One** | **Describe debtor's property that is subject to a lien** **Business Assets** | $159,178.35 | $270,631.06 |
|---|---|---|---|---|

**Creditor's mailing address**
**P.O. Box 71141**

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Charlotte        NC    28272-1141**

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number        3  5  2  6**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Small Business Loan**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$339,178.35

Debtor  **Gonzales Electrical Systems, LLC** _____  Case number (if known) _____

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | *Column A* | *Column B* |
| --- | --- | --- |
| | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports<br>this claim** |

**2.2**  Creditor's name
**GRP Funding**

Creditor's mailing address
**1350 Main St. Suite 212**

_____

_____

**Springfield          MA    01103**

Creditor's email address, if known

_____

Date debt was incurred    **2/8/2023**

Last 4 digits of account
number          **6    2    7    5**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

    ☐  No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐  Yes.  The relative priority of creditors is
    specified on lines  _____

Describe debtor's property that is
subject to a lien

**Business Assets**

Describe the lien

**Loan**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
| --- | --- |
| $180,000.00 | $270,631.06 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Gonzales Electrical Systems, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$494,945.00** | **$494,945.00** |
|---|---|---|---|

**Internal Revenue Service**

**P.O. Box 7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Philadelphia | PA | 19101-7346 |
|---|---|---|

**Basis for the claim:**
**Taxes**

**Date or dates debt was incurred**
**2022**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6   9   3   8**

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(   **8**   )

**Employment Taxes**
**Form 941-1Q 2022 $24,235 (penalty & interest only)**
**Form 941-2Q 2022 $8,520 (penalty & interest only)**
**Form 941-3Q 2022 $123,973**
**Form 941-4Q 2022 $102,844**
**Form 941-1Q 2023 $131,106**
**Form 941-2Q 2023 $99,267**

Debtor  **Gonzales Electrical Systems, LLC**                              Case number (if known) _____

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.2**   Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**PO Box 149359**

_____

_____

**Austin                    TX       78714-9259**

**Date or dates debt was incurred**

**05/2022**
_____

**Last 4 digits of account**
**number     9   3   8   3**

**Specify Code subsection of PRIORITY unsecured**
**claim:**  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the**
**claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sales Taxes**
_____

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$884.37**    Priority amount: **$0.00**

**2.3**   Priority creditor's name and mailing address

**Texas Workforce Commission**

**PO Box 149037**

_____

_____

**Austin                    TX       78714-9037**

**Date or dates debt was incurred**

**2022**
_____

**Last 4 digits of account**
**number     9   2   3   1**

**Specify Code subsection of PRIORITY unsecured**
**claim:**  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the**
**claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Fees**
_____

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$11,704.87**    Priority amount: **$0.00**

Debtor   **Gonzales Electrical Systems, LLC**                          Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,330.29 |

**ABB Industrial Connections & Solutions**

**PO Box 734529**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**          **IL**     **60673-4529**

Basis for the claim:
**Purchase of Goods**

Date or dates debt was incurred

Last 4 digits of account number    **8   5   0   1**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.22 |

**Able Fastener Inc.**

**P. O. Box 22255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Beaumont**          **TX**     **77726-2255**

Basis for the claim:
**Purchase of Goods**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    __   **1   3   8**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153.45 |

**AWC Inc.**

**P. O. Box 974800**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**     **75397-4800**

Basis for the claim:
**Purchase of Goods**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    **0   7   2   9**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.81 |

**Blackburn Marine LLC**

**2030 Marina Bay Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Kemah**          **TX**     **77565**

Basis for the claim:
**Goods**

Date or dates debt was incurred

Last 4 digits of account number    **5   2   9   2**

Is the claim subject to offset?
☑ No
☐ Yes

**Charge account/ purchase of goods: ($280.81)**

| Debtor | __Gonzales Electrical Systems, LLC__ | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$375.00** |
|---|---|---|---|

__Blakeman & Assoc__

__18919 Freeport Dr.__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Montgomery__            __TX__    __77356__

**Basis for the claim:**
__Services__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Puchase of goods & services: balance ($375.00)
Company sales drug tests for businesses and health & safety workshops and seminars

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$631.75** |
|---|---|---|---|

__Coastal Welding Supply__

__P. O. Box 3029__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Beaumont__            __TX__    __77704__

**Basis for the claim:**
__Purchase of Goods__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __0__ __2__ __8__ __8__

Charge account/ purchase of goods: Balance: ($631.75)

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,184.77** |
|---|---|---|---|

__Consolidated Electrical__

__P.O. Box 206839__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas__            __TX__    __75320__

**Basis for the claim:**
__Purchase of Goods__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __5__ __7__ __2__ __8__

| Debtor | **Gonzales Electrical Systems, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.8**   Nonpriority creditor's name and mailing address

**$4,050.00**

**Diver Dan Diving Service**

**P.O. Box 1408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Groves** | **TX** | **77619** |
|---|---|---|

Basis for the claim:

**Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Charge Account: $4,050.00 (for services)**

---

**3.9**   Nonpriority creditor's name and mailing address

**$180,000.00**

**Donnie M. Gonzales, III**

**7540 Coral Creek**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Beaumont** | **TX** | **77707** |
|---|---|---|

Basis for the claim:

**Loan**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10**   Nonpriority creditor's name and mailing address

**$85,554.00**

**First Insurance Funding**

**P.O. Box 7000**

**Carol Stream, IL  60197-7000**

**www.firstinsurancefunding.com**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Loan**

Date or dates debt was incurred   **6/2023**

Last 4 digits of account number   **6  8  0  9**

Is the claim subject to offset?
☑ No
☐ Yes

**Loan for business insurance: monthly ($8,244/month)**
**Balance owed current (from last 2 months- danger of cancellation on 7/26/23): ($16,488)**

Debtor   **Gonzales Electrical Systems, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.11**   Nonpriority creditor's name and mailing address

**FP Mailing Solutions**

**P.O. Box 157**

**Bedfor Park**              IL      **60499-0157**

Date or dates debt was incurred      _____

Last 4 digits of account number      **6   4   3   3**

**Charge Account: Purchase of Goods**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Charge Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$117.49**

---

**3.12**   Nonpriority creditor's name and mailing address

**Geophysical Electrical Supply**

**6410 Mayfair St.**

**Houston**              TX      **77087**

Date or dates debt was incurred      **2022**

Last 4 digits of account number      __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Purchase of Goods**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,392.94**

---

**3.13**   Nonpriority creditor's name and mailing address

**Great American Financial Services**

**P. O. Box 660831**

**Dallas**              TX      **75266-0831**

Date or dates debt was incurred      _____

Last 4 digits of account number      **8   0   0   0**

**Business Equipment Financing: Balance owed: $76.88**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Charge Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$76.88**

---

**3.14**   Nonpriority creditor's name and mailing address

**Hancock Whitney**

**PO Box 211269**

**Montgomery**              AL      **36121-1269**

Date or dates debt was incurred      _____

Last 4 digits of account number      **2   2   6   3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$41,525.45**

---

| Debtor | **Gonzales Electrical Systems, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.15** Nonpriority creditor's name and mailing address

**Industrial Connections & Solutions LLC**

**P.O. Box 734529**

**Chicago**                    **IL      60673-4529**

Date or dates debt was incurred

Last 4 digits of account number      **8    5    0    1**

Vendor/Charge Account: Balance: ($1,330.29)

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,330.29**

**3.16** Nonpriority creditor's name and mailing address

**Isnetworld**

**P. O. Box 841808**

**Dallas**                      **TX      75284-1808**

Date or dates debt was incurred      **2022**

Last 4 digits of account number      **3    4    3    9**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Annual Subscription**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,345.20**

**3.17** Nonpriority creditor's name and mailing address

**JP Morgan Chase Bank**

**P.O. Box 6294**

**Carol Stream**                **IL      60197-6294**

Date or dates debt was incurred

Last 4 digits of account number      **1    9    9    5**

Credit Card: Balance ($67,652.23)
Credit Limit: ($74,200)
Entered minimum payment from statement for contract payment
Due date- 15th monthly

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$67,652.23**

Debtor    **Gonzales Electrical Systems, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.18**  Nonpriority creditor's name and mailing address

**Louisiana Electric Resource & Supply**

**16405 Air Center Blvd Suite #400**

_____

**Houston**                    **TX**    **77032**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,922.34**

---

**3.19**  Nonpriority creditor's name and mailing address

**M & D Supply Inc.**

**4580 College St.**

_____

**Beaumont**                  **TX**    **77707**

Date or dates debt was incurred    _____

Last 4 digits of account number    **2  2  4  8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Purchase of Goods**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$385.89**

Charge account-Purchase of goods: Balance ($385.89)

---

**3.20**  Nonpriority creditor's name and mailing address

**Manning's Office Solutions**

**1510 N 7th St.**

_____

**Beaumont**                  **TX**    **77703**

Date or dates debt was incurred    **2022**

Last 4 digits of account number    **G  E  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Purchase of Goods**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$284.72**

---

**3.21**  Nonpriority creditor's name and mailing address

**Occucare International**

**321 San Augustine Ave Suite #4027**

_____

**Deer Park**                 **TX**    **77536**

Date or dates debt was incurred    _____

Last 4 digits of account number    **E  S  E  L**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Purchase of Goods**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$593.00**

Purchase of goods: Occucare provides Occupational health services- Balance: ($593)

---

Debtor    **Gonzales Electrical Systems, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**Office Depot**

**P. O. Box 78004**

**Dept 56-4240619824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$126.00

**Phoenix**                    **AZ**        **85062-8004**

Basis for the claim:
**Purchase of Goods**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

**Ralph's Industrial Electronics**

**P.O. Box 60700**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,595.78

**Lafayette**                  **LA**        **70596**

Basis for the claim:
**Purchase of Goods**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **6   3   7   4**

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**RelyOn Nutec USA, LLC**

**209 Clendenning Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$808.00

**Houma**                      **LA**        **70363**

Basis for the claim:
**Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **3   4   5   8**

**Charge Account: Purchase of Services- Offers Safety Training Courses; Balance owed: $808.00**

---

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

**Rexel**

**P.O. Box 840638**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,684.83

**Dallas**                     **TX**        **75284-0638**

Basis for the claim:
**Purchase of Goods**

Date or dates debt was incurred    **2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **4   3   9   2**

Debtor   __Gonzales Electrical Systems, LLC__   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.26 | Nonpriority creditor's name and mailing address |
|---|---|

__Sparkletts Sierra Springs__

__P. O. Box 660579__

$69.09

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas__          __TX__     __75266__

Basis for the claim:
__Purchase of Goods__

Date or dates debt was incurred   __2022__

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.27 | Nonpriority creditor's name and mailing address |
|---|---|

__Summit Electric Supply__

__P.O. Box 848345__

$3,158.38

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas__          __TX__     __75284-8345__

Basis for the claim:
__Purchase ofv__

Date or dates debt was incurred   _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __4__  __9__  __1__  __0__

Purchase of goods, charge account: balance ($3,158.38)

---

| 3.28 | Nonpriority creditor's name and mailing address |
|---|---|

__Superior Supply & Steel__

__P.O. Box 2388__

$60.00

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

__Sulfur__          __LA__     __70664__

Basis for the claim:
__Goods__

Date or dates debt was incurred   _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Purchase of Goods: Balance: ($60.00)

---

| 3.29 | Nonpriority creditor's name and mailing address |
|---|---|

__The Reynolds Company__

__2745 Whitehall Park Dr, Suite 100__

$702.00

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

__Charlotte__          __NC__     __28273__

Basis for the claim:
__Purchase of Goods__

Date or dates debt was incurred   _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __2__  __1__  __2__  __1__

Purchase of Goods-Charge Account: Balance ($702.00) - Company services electrical companies and contractors

Debtor   **Gonzales Electrical Systems, LLC**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.30 | Nonpriority creditor's name and mailing address | | **$455.17** |

**Turtle & Hughes, Inc**

**6611 Supply Row**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**                **TX**     **77011**

Basis for the claim:
**Services**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**Purchase of Goods/ Services: Balance ($455.17)**

---

| 3.31 | Nonpriority creditor's name and mailing address | | **$224.23** |

**UPS**

**P. O. Box 650116**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**                **TX**     **75265-0116**

Basis for the claim:
**Services**

Date or dates debt was incurred   **2022**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   **5   0   E   3**

---

| 3.32 | Nonpriority creditor's name and mailing address | | **$181.32** |

**W & O Supply**

**P.O. Box 933067**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Atlanta**                **GA**     **31193-3067**

Basis for the claim:
**Purchase of Goods**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

**Purchase of goods-charge account: Balance ($181.32)**

---

| 3.33 | Nonpriority creditor's name and mailing address | | **$100.13** |

**W.W. Grainger**

**P.O. Box 419267**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Kansas City**                **MO**     **64141-6267**

Basis for the claim:
**Purchase of Goods**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number   **1   4   3   0**

Debtor    **Gonzales Electrical Systems, LLC**    _____    Case number (if known)    _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.34 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$55,261.40

**Wells Fargo**
☐ Contingent

**P.O. Box 29482**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Phoenix**    **AZ**    **85038-8650**    **Credit Card**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    **5    5    2    7**
☑ No
☐ Yes

**Credit Card: Balance: ($55,261.40)**
**Credit Line: ($54,900.00)**
**On statement handwritten note: payment sent in on 6/28 but didn't indicate amount (chp #1132)**

| 3.35 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$1,994.21

**Wesco Distribution, Inc**
☐ Contingent

**P.O. Box 676780**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**    **TX**    **75267-6780**    **Purchase off**

Date or dates debt was incurred    **2022**

**Is the claim subject to offset?**

Last 4 digits of account number    __  __  __  __
☑ No
☐ Yes

Debtor    **Gonzales Electrical Systems, LLC**                          Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.    Add the amounts of priority and nonpriority unsecured claims.

                                                                        **Total of claim amounts**

5a.   **Total claims from Part 1**                          5a.      **$507,534.24**

5b.   **Total claims from Part 2**                          5b. **+** _____ **$490,677.26**

5c.   **Total of Parts 1 and 2**                            5c.      **$998,211.50**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name   **Gonzales Electrical Systems, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known) _____   Chapter   **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **Lease of business property Contract to be REJECTED** | **Gonzo Ventures, LLC** |
| | | | **4950 Washington** |
| | | | **Beaumont, Texas** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name          **Gonzales Electrical Systems, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** Don Gonzales, Jr. | **6360 Ivanhoe Lane**<br>Number     Street<br><br>**Beaumont**          **TX**   **77706**<br>City                              State   ZIP Code | **Capital One** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2** Don Gonzales, Jr. | **6360 Ivanhoe Lane**<br>Number     Street<br><br>**Beaumont**          **TX**   **77706**<br>City                              State   ZIP Code | **GRP Funding** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **Gonzales Electrical Systems, LLC**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:     Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................................. | **$300,631.06** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B..................................................................................... | **$300,631.06** |

## Part 2:     Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$339,178.35** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................. | **$507,534.24** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................. | **+  $490,677.26** |

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................................................ | **$1,337,389.85** |

**Fill in this information to identify the case and this filing:**

Debtor Name       **Gonzales Electrical Systems, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and
submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included
in the document, and any amendments of those documents. This form must state the individual's position or relationship to
the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or
both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership;
or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and
correct:

☑  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐  Amended Schedule _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*
(Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/03/2023**          X **/s/ Don Gonzales, Jr.**
          MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                          **Don Gonzales, Jr.**
                                          Printed name
                                          **Owner**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Gonzales Electrical Systems, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2023** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$1,149,515.00** |
| **For prior year:** | From **01/01/2022** to **12/31/2022**<br>MM / DD / YYYY    MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$2,813,359.00** |
| **For the year before that:** | From **01/01/2021** to **12/31/2021**<br>MM / DD / YYYY    MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$2,246,388.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Capital One**<br>Creditor's name<br>**P.O. Box 71141**<br>Street<br><br>**Charlotte       NC    28272-1141**<br>City        State    ZIP Code | **05/08/23**<br>**$2,673.75**<br>**06/08/23**<br>**$2,673.75**<br>**07/08/23**<br>**$2,673.75** | **$8,021.25** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    **Gonzales Electrical Systems, LLC**                                      Case number (if known) _____
          Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Hancock Whitney**<br>Creditor's name<br>**PO Box 211269**<br>Street<br><br>**Montgomery**   **AL**   **36121-1269**<br>City          State     ZIP Code | **May–June 2023** | **$3,900.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **Gonzales Electrical Systems, LLC**                                    Case number (if known) _____
          Name

| Part 4: | Certain Gifts and Charitable Contributions |

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ☑ None

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

| Part 6: | Certain Payments or Transfers |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Maida Clark Law Firm, P.C.** | | **07/30/2023** | **$2,800.00** |
| | **Address** | | | |
| | **4320 Calder Ave** | | | |
| | Street | | | |
| | | | | |
| | **Beaumont          TX      77706** | | | |
| | City                State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None

Debtor   **Gonzales Electrical Systems, LLC**                         Case number (if known) _____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained   _____

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

Debtor    __Gonzales Electrical Systems, LLC_____    Case number (if known) _____
        Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

| Debtor | **Gonzales Electrical Systems, LLC** | Case number (if known) | _____ |
| | Name | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
| --- | --- |
| 26a.1.   **Donnie M. Gonzales, CPA, PLLC** | From   **7-1-1998**   To   **7-31-2023** |
| Name | |
| **4950 Washington Blvd.** | |
| Street | |
| | |
| **Beaumont**                **TX**        **77707** | |
| City                        State       ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **Gonzales Electrical Systems, LLC**    Case number (if known) _____
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Don Gonzales, Jr | 6360 Ivanhoe Lane<br>Beaumont, TX 77706 | Owner | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Don Gonzales, Jr. | | President | From **12-1-1994** To **7-31-2023** |
| Donnie M. Gonzales, III | | Secretary/Treasurer | From **7-1-1998** To **7-31-2023** |
| Gerald Wright | | Vice President | From **7-1-1998** To **7-31-2023** |
| Tony Gutierrez | | Vice President | From **7-1-1998** To **7-31-2023** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

Debtor    **Gonzales Electrical Systems, LLC**_____    Case number (if known) _____
       Name

**Part 14:**   **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/03/2023**_____
       MM / DD / YYYY

**X** **/s/ Don Gonzales, Jr.**_____    Printed name **Don Gonzales, Jr.**_____
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor **Owner**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:   **Gonzales Electrical Systems, LLC**                    CASE NO

                                                                CHAPTER     **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  8/3/2023                              Signature   /s/ Don Gonzales, Jr.
                                                        *Don Gonzales, Jr.*
                                                        *Owner*



Date _____              Signature _____

Debtor(s):  Gonzales Electrical Systems, LLC
Chapter: 7

EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

ABB Industrial Connections & Solutions
PO Box 734529
Chicago, IL 60673-4529

Don Gonzales, Jr.
6360 Ivanhoe Lane
Beaumont, Texas 77706

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Able Fastener Inc.
P. O. Box 22255
Beaumont, Texas 77726-2255

Donnie M. Gonzales, III
7540 Coral Creek
Beaumont, TX 77707

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Attorney General
Taxation Division - Bankruptcy
Box 12548 - Capitol Station
Austin, TX  78711

First Insurance Funding
P.O. Box 7000
Carol Stream, IL  60197-7000
www.firstinsurancefunding.com

Isnetworld
P. O. Box 841808
Dallas, Texas 75284-1808

AWC Inc.
P. O. Box 974800
Dallas, Texas 75397-4800

FP Mailing Solutions
P.O. Box 157
Bedfor Park, IL 60499-0157

Jefferson County TAC
P. O. Box 2112
Beaumont, TX  77704

Blackburn Marine LLC
2030 Marina Bay Dr.
Kemah, TX  77565

Geophysical Electrical Supply
6410 Mayfair St.
Houston, Texas 77087

JP Morgan Chase Bank
P.O. Box 6294
Carol Stream, IL 60197-6294

Blakeman & Assoc
18919 Freeport Dr.
Montgomery, TX  77356

Gonzo Ventures, LLC
4950 Washington
Beaumont, Texas

Louisiana Electric Resource & Supply
16405 Air Center Blvd Suite #400
Houston, TX 77032

Capital One
P.O. Box 71141
Charlotte, NC 28272-1141

Great American Financial Services
P. O. Box 660831
Dallas, Texas 75266-0831

M & D Supply Inc.
4580 College St.
Beaumont, Texas 77707

Coastal Welding Supply
P. O. Box 3029
Beaumont, Texas  77704

GRP Funding
1350 Main St. Suite 212
Springfield, MA 01103

Manning's Office Solutions
1510 N 7th St.
Beaumont, TX 77703

Consolidated Electrical
P.O. Box 206839
Dallas, TX 75320

Hancock Whitney
PO Box 211269
Montgomery, AL 36121-1269

Occucare International
321 San Augustine Ave Suite #4027
Deer Park, TX  77536

Diver Dan Diving Service
P.O. Box 1408
Groves, TX 77619

Industrial Connections & Solutions LLC
P.O. Box 734529
Chicago, IL  60673-4529

Office Depot
P. O. Box 78004
Dept 56-4240619824
Phoenix, AZ 85062-8004

Ralph's Industrial Electronics
P.O. Box 60700
Lafayette, LA  70596

The Reynolds Company
2745 Whitehall Park Dr, Suite 100
Charlotte, NC  28273

RelyOn Nutec USA, LLC
209 Clendenning Rd
Houma, LA 70363

Turtle & Hughes, Inc
6611 Supply Row
Houston, TX  77011

Rexel
P.O. Box 840638
Dallas, TX  75284-0638

U. S. Trustee's Office
300 Plaza Tower
110 N. College Avenue
Tyler, Texas 75702
Attn: Timothy W. O'Neal

Sparkletts Sierra Springs
P. O. Box 660579
Dallas, Texas 75266

United States Attorney
Eastern District of Texas
550 Fannin, Suite 1250
Beaumont, Texas  77701

State Comptroller of Texas
c/o Office of the Attorney General
P. O. Box 12548
Austin, TX  78711-2548

UPS
P. O. Box 650116
Dallas, Texas 75265-0116

Summit Electric Supply
P.O. Box 848345
Dallas, TX  75284-8345

W & O Supply
P.O. Box 933067
Atlanta, GA  31193-3067

Superior Supply & Steel
P.O. Box 2388
Sulfur, LA  70664

W.W. Grainger
P.O. Box 419267
Kansas City, MO  64141-6267

Texas Comptroller of Public Accounts
PO Box 149359
Austin, Texas  78714-9259

Wells Fargo
P.O. Box 29482
Phoenix, AZ  85038-8650

Texas Workforce Commission
PO Box 149037
Austin, TX  78714-9037

Wesco Distribution, Inc
P.O. Box 676780
Dallas, TX 75267-6780

Texas Workforce Commission
TWC Building - Tax Dept.
Austin, TX 78778